ROBERTA L. STEELE, SBN 188198 (CA)
JOHN F. STANLEY, SBN 15418 (WA)
LINDA S. ORDONIO-DIXON, SBN 172830 (CA)
RAYMOND T. CHEUNG, SBN 176086 (CA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Avenue, 5th Fl. W, POB 36025
San Francisco, CA 94102
Telephone No. (415) 522-3157
Raymond.Cheung@eeoc.gov

*Attorneys for Plaintiff EEOC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>HERB HALLMAN CHEVROLET, INC. D/B/A CHAMPION CHEVROLET,<br><br>Defendant. | Case No.: 3:19-cv-00537<br><br>**MOTION TO ADMIT GOVERNMENT ATTORNEY**<br><br>**JOHN F. STANLEY** |

The United States Equal Employment Opportunity Commission (EEOC) hereby moves, pursuant to LR-IA-11-3, for the admission of JOHN F. STANLEY to the Bar of this Court for the purpose of representing the EEOC, an agency of the federal government, during the period of his employment by the EEOC as an attorney.

Mr. Stanley has been a licensed attorney since 1985. Mr. Stanley is a member in good standing of the Washington State Bar (Bar # 15418). Since 1987, Mr. Stanley has been employed by the United States Equal Employment Opportunity Commission. He currently holds the position of Supervisory Trial Attorney and his office is in San Francisco, California.

LR-IA-11-3 provides that, "Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this

court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants."

It is respectfully requested that an Order be issued permitting John F. Stanley to practice before this Court during the period of his employment by the EEOC as an attorney. It is anticipated that Mr. Stanley will enter an appearance in this action on behalf of the EEOC.

Respectfully submitted,

Dated: August 28, 2019  */s/ Raymond T. Cheung*
Raymond T. Cheung

*Attorney for Plaintiff EEOC*

**IT IS SO ORDERED:**

**Date:** August 29 **, 2019**

_____
**UNITED STATES DISTRICT JUDGE**