ROBERTA L. STEELE, SBN 188198 (CA)
JOHN F. STANLEY, SBN 15418 (WA)
LINDA S. ORDONIO-DIXON, SBN 172830 (CA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Avenue, 5th Fl. W, POB 36025
San Francisco, CA 94102
Telephone No. (415) 522-3070
linda.ordonio-dixon@eeoc.gov

*Attorneys for Plaintiff EEOC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> HERB HALLMAN CHEVROLET, INC. D/B/A CHAMPION CHEVROLET, <br><br> Defendant. | Case No.: 3:19-cv-00537-MMD-WGC <br><br> **MOTION AND [PROPOSED] ORDER TO ADMIT GOVERNMENT ATTORNEY** <br><br> **DEBRA A. SMITH** |

The U.S. Equal Employment Opportunity Commission (EEOC) hereby moves, pursuant to LR-IA-11-3, for the admission of DEBRA A. SMITH to the Bar of this Court for the purpose of representing the EEOC, an agency of the federal government, during the period of her employment by the EEOC as an attorney.

Ms. Smith has been a licensed attorney since 1990. Ms. Smith is a member in good standing of the California State Bar (Bar # 147863). Since 2009, Ms. Smith has been employed by the U.S. Equal Employment Opportunity Commission. She currently holds the position of Trial Attorney and her office is in San Francisco, California.

LR-IA-11-3 provides that, "Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during

the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants."

It is respectfully requested that an Order be issued permitting Debra A. Smith to practice before this Court during the period of her employment by the EEOC as an attorney. It is anticipated that Ms. Smith will enter an appearance in this action on behalf of the EEOC.

Respectfully submitted,

Dated: 12/31/2019  /s/ Linda S. Ordonio-Dixon
Linda S. Ordonio-Dixon
EEOC Senior Trial Attorney

*Attorney for Plaintiff EEOC*

IT IS SO ORDERED:

Date: January 6, 2020

HON. MIRANDA M. DU
Chief United States District Court Judge