ROBERTA L. STEELE, SBN 188198 (CA)
JOHN F. STANLEY, SBN 15418 (WA)
DEBRA A. SMITH, SBN 147863 (CA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Avenue, 5th Fl. W, POB 36025
San Francisco, CA 94102
Telephone No. (415) 522-3034
Fax No. (415) 522-3425
debra.smith@eeoc.gov

*Attorneys for Plaintiff EEOC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>HERB HALLMAN CHEVROLET, INC. D/B/A CHAMPION CHEVROLET,<br><br>Defendant. | Case No.: 3:19-cv-00537<br><br>**PLAINTIFF EEOC NOTICE AND APPROVAL OF SUBSTITUTION OF COUNSEL (DEBRA A. SMITH)** |

**TO:** The Clerk of the Court and all Parties to the Instant Action:

Pursuant to Local Rule IA 11-6(c), please take notice that Plaintiff U.S. Equal Employment Opportunity Commission (EEOC) hereby substitutes Debra A. Smith, Senior Trial Attorney, in the place and stead of Linda S. Ordonio-Dixon as lead counsel for the EEOC in the instant lawsuit, as Ms. Ordonio-Dixon has retired from the employ of the U.S. Equal Employment Opportunity Commission as of December 31, 2019. Ms. Smith has already been admitted to practice in this Court and is fully informed and up-to-date on all matters relative to the instant action. Therefore, Plaintiff does not anticipate any delay in these proceedings or the current schedule in this case due to the substitution of counsel.

The Clerk is requested to change the docket sheet and other court records so as to reflect that all Orders and communications from the Court will be directed to Ms. Smith as lead counsel in the

stead of Ms. Ordonio-Dixon, and that Ms. Ordonio-Dixon is removed as counsel for Plaintiff in this case. All service on the EEOC should be made to all counsel of record for the EEOC.

Ms. Smith's contact information is as follows:

Debra A. Smith
U.S. Equal Employment Opportunity Commission
450 Golden Gate Avenue, 5th Fl. West
P O Box 36025
San Francisco, CA 94102
Email: debra.smith@eeoc.gov
Telephone: (415) 522-3034
Facsimile: (415) 625-5657
TTY: (415) 625-5010

Dated: January 24, 2020

/s/ Debra A. Smith
DEBRA A. SMITH
Attorney for Plaintiff EEOC

**IT IS SO APPROVED.**

DATED: January 28, 2020.

HON. WILLIAM G. COBB