ROBERTA L. STEELE, SBN 188198 (CA)
MARCIA L. MITCHELL, SBN 18122 (WA)
DEBRA A. SMITH, SBN 147863 (CA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Avenue, 5th Fl. W, POB 36025
San Francisco, CA 94102
Telephone No. (415) 522-3034
Fax No. (415) 522-3425
debra.smith@eeoc.gov

*Attorneys for Plaintiff EEOC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>HERB HALLMAN CHEVROLET, INC. D/B/A CHAMPION CHEVROLET,<br><br>Defendant. | Case No.: 3:19-cv-00537-MMD-WGC<br><br>**MOTION AND [PROPOSED] ORDER TO ADMIT GOVERNMENT ATTORNEY**<br><br>**AMOS B. BLACKMAN** |

The U.S. Equal Employment Opportunity Commission (EEOC) hereby moves, pursuant to LR-IA-11-3, for the admission of AMOS B. BLACKMAN to the Bar of this Court for the purpose of representing the EEOC, an agency of the federal government, during the period of her employment by the EEOC as an attorney.

Mr. Blackman has been a licensed attorney since 2010. Mr. Blackman is a member in good standing of the New York State Bar (Bar #4840740) and the Washington State Bar (Bar # 50331). Since 2015, Mr. Blackman has been employed by the U.S. Equal Employment Opportunity Commission. He currently holds the position of Senior Trial Attorney and his office is in Seattle, Washington.

LR-IA-11-3 provides that, "Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory or the District of

Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants."

It is respectfully requested that an Order be issued permitting Amos B. Blackman to practice before this Court during the period of her employment by the EEOC as an attorney. It is anticipated that Mr. Blackman will enter an appearance in this action on behalf of the EEOC.

Respectfully submitted,

Dated: 3/20/2020

/s/ Debra A. Smith
Debra A. Smith
EEOC Trial Attorney

*Attorney for Plaintiff EEOC*

IT IS SO ORDERED:

Date: March 23, 2020

HON. MIRANDA M. DU
Chief United States District Court Judge