1  ROBERTA L. STEELE, SBN 188198 (CA)
   MARCIA L. MITCHELL, SBN 18122 (WA)
2  DEBRA A. SMITH, SBN 147863 (CA)
   U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
3  San Francisco District Office
   450 Golden Gate Avenue, 5th Fl. W, POB 36025
4  San Francisco, CA  94102
   Telephone No. (415) 522-3034
5  Fax No. (415) 522-3425
   debra.smith@eeoc.gov
6
   *Attorneys for Plaintiff EEOC*
7

8                    UNITED STATES DISTRICT COURT
9                        DISTRICT OF NEVADA
10
11 U.S. EQUAL EMPLOYMENT OPPORTUNITY      Case No.:  3:19-cv-00537-MMD-WGC
   COMMISSION,
12
            Plaintiff,                    **MOTION AND [PROPOSED] ORDER**
13                                        **TO ADMIT GOVERNMENT**
        vs.                               **ATTORNEY**
14
   HERB HALLMAN CHEVROLET, INC. D/B/A    **CARMEN FLORES**
15 CHAMPION CHEVROLET,
16
            Defendant.
17

18      The U.S. Equal Employment Opportunity Commission (EEOC) hereby moves, pursuant to

19 LR-IA-11-3, for the admission of CARMEN FLORES to the Bar of this Court for the purpose of

20 representing the EEOC, an agency of the federal government, during the period of her employment

21 by the EEOC as an attorney.

22      Ms. Flores has been a licensed attorney since 1996.  Ms. Flores is a member in good standing

23 of the Washington State Bar (Bar # 25798).  Since 1996, Ms. Flores has been employed by the U.S.

24 Equal Employment Opportunity Commission.  She currently holds the position of Senior Trial

25 Attorney and her office is in Seattle, Washington.

26      LR-IA-11-3 provides that, "Unless the court orders otherwise, any attorney who is a member

27 in good standing of the highest court of any state, commonwealth, territory or the District of

28 Columbia, who is employed by the United States as an attorney and has occasion to appear in this

court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants."

It is respectfully requested that an Order be issued permitting Carmen Flores to practice before this Court during the period of her employment by the EEOC as an attorney. It is anticipated that Ms. Flores will enter an appearance in this action on behalf of the EEOC.

Respectfully submitted,

Dated: 3/9/2020                             /s/ Debra A. Smith
                                            Debra A. Smith
                                            EEOC Trial Attorney

                                            *Attorney for Plaintiff EEOC*

IT IS SO ORDERED:

Date: March 11, 2020


                                            _____
                                            HON. MIRANDA M. DU
                                            Chief United States District Court Judge