ROBERTA L. STEELE, SBN 188198 (CA)
MARCIA L. MITCHELL, SBN 18122 (WA)
DEBRA A. SMITH, SBN 147863 (CA)
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Avenue, 5th Fl. W,
POB 36025
San Francisco, CA  94102
Telephone No. (415) 522-3034
Fax No. (415) 522-3425
debra.smith@eeoc.gov

CARMEN FLORES, SBN 25798 (WA)
AMOS B. BLACKMAN, SBN 50331 (WA)
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA 98104
Telephone No. (202) 220-6930
Fax No. (202) 220-6911
amos.blackman@eeoc.gov

*Attorneys for Plaintiff EEOC*

SHANNON S. PIERCE (NV Bar No. 12471)
FENNEMORE CRAIG, P.C.
300 East Second Street - Suite 1510
Reno, Nevada 89501
Tel (775) 788-2200; Fax (775) 786-1177
Email: spierce@fclaw.com

DAVID R. HOUSTON (NV Bar No. 2131)
LAW OFFICE OF DAVID R. HOUSTON
A Professional Law Corporation
432 Court Street
Reno, NV 89501
Tel (775) 786-4188; Fax (775) 786-5573

VICTORIA T. OLDENBURG (NV Bar No. 4770)
OLDENBURG LAW OFFICE
5421 Kietzke Lane, Suite 202
Reno, NV 89511
Tel: (775) 971-4245; Fax (775) 295-1771

*Attorneys for Defendant Herb Hallman
Chevrolet d/b/a Champion Chevrolet*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>HERB HALLMAN CHEVROLET, INC. D/B/A CHAMPION CHEVROLET,<br><br>Defendant. | Case No.:  3:19-cv-00537-MMD-WGC<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff U.S. Equal Employment Opportunity Commission and Defendant Herb Hallman Chevrolet, Inc. d/b/a/ Champion Chevrolet stipulate to the dismissal of this action.  Each party will bear its own costs and attorneys' fees.

/ / /

Dated: June 24, 2020

BY: */s/ Roberta L. Steele*
    ROBERTA L. STEELE
    Regional Attorney

    MARCIA L. MITCHELL
    Supervisory Trial Attorney

    DEBRA S. SMITH
    Senior Trial Attorney

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA 94102

SHARON FAST GUSTAFSON
General Counsel

GWENDOLYN Y. REAMS
Associate General Counsel

Office of the General Counsel
131 "M" Street NE
Washington, D.C. 20507

*Attorneys for Plaintiff EEOC*

Dated: June 24, 2020

BY: */s/ Shannon S. Pierce*
    SHANNON S. PIERCE

FENNEMORE CRAIG, P.C.
300 East Second Street - Suite 1510
Reno, Nevada 89501

BY: */s/ David R. Houston*
    DAVID R. HOUSTON

LAW OFFICE OF DAVID R. HOUSTON
A Professional Law Corporation
432 Court Street
Reno, NV 89501

BY: */s/ Victoria T. Oldenburg*
    VICTORIA T. OLDENBURG

OLDENBURG LAW OFFICE
5421 Kietzke Lane, Suite 202
Reno, NV 89511

*Attorneys for Defendant Herb Hallman Chevrolet d/b/a Champion Chevrolet*

## ORDER OF DISMISSAL

IT IS SO ORDERED dismissing the instant action, with each party to bear their own costs and fees.

Dated:  July 14, 2020

_____
HON. MIRANDAS M. DU
Chief United States District Court Judge